# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| J.B., D.B., and E.B., By Their Next Friend and Legal Guardian, CAROL ANNETTE COE,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERRY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants,<br><br>v.<br><br>FARRIS FUNERAL SERVICE, INC.,<br><br>Third Party Defendants. | Civil Action No.: 1:18-cv-0011-MFU |

### DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

Defendant, The Prudential Insurance Company of America ("Prudential"), filed a Counterclaim, Cross-Claim, and Third Party Complaint for Interpleader to resolve the competing claims of Plaintiffs, J.B., D.B., and E.B., by their next friend and legal guardian, Carol Annette Coe ("Plaintiffs"), Defendant David Berry ("Berry"), and Third Party Defendant, Farris Funeral Service, Inc. (the "Funeral Home") to a death benefit due as a consequence of the death of Shaina T. Berry ("Insured"). Prudential does not dispute that the death benefit is owed, but Prudential is subject to multiple liability due to adverse claims to the death benefit.

In this motion, Prudential moves this Court for entry of an Order appointing an individual or individuals as the Court deems appropriate as guardian *ad litem* for minor Defendants J.B.,

D.B., and E.B. In support of its motion, Prudential shall rely upon the accompanying Brief, Declaration of Joyce S. Min, Declaration of Victoria Angle with Exhibits, proposed forms of Order and certificate of service, submitted herewith.

Dated: September 13, 2018

Respectfully submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

/s/ Julie D. Hoffmeister_____
Julie D. Hoffmeister (VSB No. 87634)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
Post Office Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1448
Facsimile: (804) 697-1339
julie.hoffmeister@troutmansanders.com

*Attorney for Defendant/Third Party Plaintiff*
*The Prudential Insurance Company of America*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2018, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System which will forward a copy to the following:

>	Louis Dene, Esq.
>	Dene & Dene, P.C.
>	P.O. Box 1135
>	Abingdon, VA  24210
>
>	*Attorney for Defendant David Berry*
>
>
>	Paula Danielle Stone, Esq.
>	Penn Stuart & Eskridge
>	P.O. Box 2288
>	Abingdon, VA  24212-2288
>
>	*Attorney for Third Party Defendant Farris Funeral Service, Inc.*

I further certify that on the 13th day of September 2018, I served the foregoing pleading via electronic mail and/or First Class Mail upon the following:

>	Chip Barker, Esq.
>	212 Valley Street NE
>	Abingdon, VA 24210
>	gebarker@live.com
>
>	*Attorney for Plaintiffs*
>
>
>	Patricia E. Smith, Esq.
>	Bradford & Smith
>	158 Valley St. NW
>	Abingdon, VA  24210
>
>	*Guardian ad litem*

/s/ Julie D. Hoffmeister
Julie D. Hoffmeister (VSB No. 87634)
TROUTMAN SANDERS LLP
1001 Haxall Point (23219)
Post Office Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1448
Facsimile: (804) 697-1339
julie.hoffmeister@troutmansanders.com

36339919