# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| J.B., D.B., and E.B., By Their Next Friend and Legal Guardian, CAROL ANNETTE COE, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERRY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendants, <br><br> v. <br><br> FARRIS FUNERAL SERVICE, INC., <br><br> Third Party Defendants. | Civil Action No.: 1:18-cv-0011-MFU |

## ORDER

The above entitled cause having come before the Court upon the Motion of Defendant, The Prudential Insurance Company of America ("Prudential"), for an Order appointing a Guardian *ad litem* for minor Defendants J.B., D.B., and E.B. in this action concerning certain life insurance proceeds in the amount of $26,000.00 ("Death Benefit") due as a consequence of the death of Shaina T. Berry (the "Insured"), who was insured under a group life insurance policy which was issued by Prudential to Wal-Mart Stores, Inc. ("Contract Holder"), bearing Group Policy No. G-43939-AR (the "Group Policy"), into the Court's Registry pursuant to Fed. R. Civ. P. 67, and the Court having considered the application:

**NOW THEREFORE,** it is on this _____ day of _____, 2018;

**ORDERED** as follows:

1. _____ is hereby appointed guardian *ad litem* for minor Defendants J.B., D.B., and E.B. with regard to the above-captioned matter.

2. Counsel for Prudential shall serve a copy of the within Order upon all parties within ___ days of its receipt.

_____
UNITED STATES DISTRICT JUDGE