

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| J.B., D.B., and E.B., By Their Next Friend and Legal Guardian, CAROL ANNETTE COE,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERRY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants,<br><br>v.<br><br>FARRIS FUNERAL SERVICE, INC.,<br><br>Third Party Defendants. | Civil Action No.: 1:18-cv-0011-MFU |

### DECLARATION OF JOYCE S. MIN

I, Joyce S. Min, hereby declare as follows:

1. I am an attorney-at-law in the State of New Jersey and an associate of the law firm of d'Arcambal Ousley & Cuyler Burk, LLP, (the "Firm" or "DOCB"). DOCB is national co-ordinating counsel for Defendant, The Prudential Insurance Company of America ("Prudential") with regard to interpleader matters, such as the instant case. DOCB retained Troutman Sanders LLP as local counsel for Prudential in this matter. I am familiar with the matters hereinafter stated.

2. On March 29, 2018, I spoke to Patty Smith, the guardian *ad litem* appointed by the Circuit Court of Washington County, Virginia prior to this action being removed to this Court. She indicated that she is not admitted to practice in this Court. She suggested I reach out to Beth Skinner, an

attorney who was admitted to practice in federal court and would potentially be willing to act as guardian *ad litem* for the minor Plaintiffs.

3. On June 19, 2018, I spoke to Ms. Skinner, who indicated that her conflicts check did not clear and that she was unable to serve as guardian *ad litem* in this matter.

4. On August 15, 2018, I spoke to Channing Thomas, Esq., who indicated that she is not aware of any other attorney admitted to practice in federal court who would be willing to serve as guardian *ad litem*.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/11/18

Joyce Min