CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| J.B., ET AL., | ) |
| Plaintiffs, | ) Case No. 1:18-cv-11 |
| v. | ) |
| DAVID BERRY, ET AL., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

This matter was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, on October 2, 2018, ECF No. 30, pursuant to 28 U.S.C. § 636(b)(1)(A) and 28 U.S.C. § 636(b)(1)(B) for a recommended disposition. The Magistrate Judge filed an amended report and recommendation, ECF No. 45, on April 12, 2019, recommending that the court accept the terms of a settlement agreement reached by the parties. The Magistrate Judge determined that the terms of the agreement are fair and equitable under the circumstances and in the best interests of the minor children, J.B., D.B., and E.B. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendations should be adopted in its entirety.

It is accordingly **ORDERED** and **ADJUDGED** that the Magistrate Judge's report and recommendation, ECF No. 45, is **ADOPTED in its entirety.**

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: 04-30-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge